IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (DELAWARE),<br><br>  Plaintiff,<br><br>  v.<br><br>THE DOW CHEMICAL COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-1601 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF ORDER AWARDING ATTORNEYS' FEES

Pursuant to the Stipulation and Order Regarding Attorneys' Fees (D.I. 65), on November 19, 2015, Dow disclosed to NOVA the amount of attorneys' fees and expenses it was seeking, and provided NOVA with supporting documentation. In response, on December 2, 2015, NOVA indicated that it would not be challenging the reasonableness of the $2,477,060.69 in attorneys' fees and expenses requested by Dow, but reserved the right to challenge on appeal the Court's September 30, 2015 Opinion and Order (D.I. 62 & 63), finding this case to be exceptional and granting Dow's request for attorneys' fees under 35 U.S.C. § 285.

Accordingly, the parties jointly move for the Court to enter the attached Order regarding the attorneys' fees to be awarded in this case.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ David E. Moore* | */s/ Ethan H. Townsend* |
| David E. Moore (#3983) | Rodger D. Smith II (#3778) |
| Bindu A. Palapura (#5370) | Ethan H. Townsend (#5813) |
| 1313 N. Market Street | 1201 N. Market Street |
| Hercules Plaza, 6th Floor | P.O. Box 1347 |
| P.O. Box 951 | Wilmington, DE  19899-1347 |
| Wilmington, DE  19899-0951 | (302) 658-9200 |
| (302) 984-6000 | rsmith@mnat.com |
| dmoore@potteranderson.com | etownsend@mnat.com |
| bpalapura@potteranderson.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs Nova Chemical Corporation (Canada) and Nova Chemicals Inc. (Delaware)* | *The Dow Chemical Company* |

January 12, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (DELAWARE),<br><br>        Plaintiff,<br><br>   v.<br><br>THE DOW CHEMICAL COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-1601 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES

WHEREAS, the Court issued a Memorandum Opinion and Order on September 30, 2015, in which the Court found this to be an exceptional case pursuant to 35 U.S.C. § 285 (D.I. 62 & 63);

WHEREAS, NOVA does not challenge the reasonableness of the $2,477,060.69 paid by The Dow Chemical Company ("Dow") for attorneys' fees and expenses in this matter; and

WHEREAS, entry of this Order does not preclude NOVA from pursuing an appeal of the Court's September 30, 2015 Order;

IT IS HEREBY ORDERED, this ___ day of _____, 2016, that Dow is awarded $2,477,060.69, in attorneys' fees and expenses pursuant to 35 U.S.C. § 285.

 

_____
UNITED STATES DISTRICT JUDGE, CHIEF

9678716