IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (DELAWARE), <br><br> Plaintiff, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 13-1601 (LPS) ) ) ) ) ) ) |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES

WHEREAS, the Court issued a Memorandum Opinion and Order on September 30, 2015, in which the Court found this to be an exceptional case pursuant to 35 U.S.C. § 285 (D.I. 62 & 63);

WHEREAS, NOVA does not challenge the reasonableness of the $2,477,060.69 paid by The Dow Chemical Company ("Dow") for attorneys' fees and expenses in this matter; and

WHEREAS, entry of this Order does not preclude NOVA from pursuing an appeal of the Court's September 30, 2015 Order;

IT IS HEREBY ORDERED, this 14th day of January, 2016, that Dow is awarded $2,477,060.69, in attorneys' fees and expenses pursuant to 35 U.S.C. § 285.

_____
UNITED STATES DISTRICT JUDGE, CHIEF

9678716